UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN JANNEY,<br><br>    Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | No. 1:23-cv-12093-JEK |

## SETTLEMENT ORDER OF DISMISSAL

KOBICK, D.J

The Court having been advised on July 3, 2024, that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

**DATE:** July 8, 2024

By the Court,

/s/ Danielle Kelly
Deputy Clerk